TRANSMISSION FORM

| District Court | District Court No. 5:14cv2081 |
|---|---|
| NORTHERN OHIO, EASTERN DIVISION | USCA No. **15-4196** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME: Derek A. DeBrosse |
| | FIRM NAME: Barney DeBrosse |
| TERRY LEE STIMMEL | ADDRESS: Suite 240B |
| | 503 South Front Street |
| PLAINTIFF - __APPELLANT__ | Columbus, OH. 43215 |
| | TELEPHONE: 614-326-1919 |
| v. | |
| | CURRENT COUNSEL FOR DEFENDANT |
| LORETTA LYNCH, et al. | NAME: M. Andrew Zee |
| | FIRM NAME: U.S. Department of Justice |
| DEFENDANT - __Appellees__ | ADDRESS: Suite 7-5395 |
| | 450 Golden Gate Avene |
| | San Francisco, CA. 94102 |
| | TELEPHONE: 415-436-6646 |

If Habeas Corpus, Certificate of Appealability is:   ( ) granted   ( ) denied   (X) pending

Criminal Defendant:  ( ) on bond    ( ) incarcerated    ( ) on probation

Fees:  District Court & USCA Fee Paid:   (X) yes    ( ) no    ( ) not required
       Pauper Status:    ( ) granted   ( ) denied    ( ) pending
       Affidavit of Financial Status Filed:   ( ) yes    ( ) no

Counsel:    ( ) appointed    (X) retained    ( ) pro se

District Court Judge: __Adams__    Court Reporter: __NONE__

Any hearing or trial  ( ) yes  (X) no    If yes, dates __

FROM __Shawn Harrigan__    DATE __OCTOBER 29, 2015__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2015**. Clerk, GERI M. SMITH, U.S. District Court